Layne Friedrich (Bar No. 195431)
Daniel Cooper (Bar No. 153576)
LAWYERS FOR CLEAN WATER, INC.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 561-2222
Facsimile: (415) 561-2223
Email: layne@lawyersforcleanwater.com

Attorneys for Plaintiff
WATERKEEEPERS NORTHERN CALIFORNIA
d.b.a. DELTAKEEPER

Tim La Franchi (State Bar No. 105174)
DEPARTMENT OF PARKS AND RECREATION
1416 9th Street
Sacramento, California 95814
Telephone: (916) 653 6884
Facsimile: (916) 653-1819
Email:tlafr@parks.ca.gov

Attorneys for Defendant
RUTH COLEMAN, in her official capacity as
DIRECTOR of CALIFORNIA DEPARTMENT
OF PARKS AND RECREATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPERS NORTHERN CALIFORNIA, a non-profit corporation, d.b.a. DELTAKEEPER<br><br>Plaintiff,<br><br>v.<br><br>RUTH COLEMAN, in her official capacity as DIRECTOR of CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, a state agency<br><br>Defendant. | Civil Case No.: CIV. S-04-2647 GEB KJM<br><br>STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND CONDUCT STATUS CONFERENCE; [PROPOSED] ORDER<br><br>Honorable Judge Garland E. Burrell, Jr.<br><br>Scheduling Conference: May 9, 2005<br>9:00 a.m.<br>Courtroom 10 |

WHEREAS, on October 12, 2004, Plaintiffs issued a sixty day notice of its intent to file suit alleging violations of the federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.* to Defendant;

WHEREAS, on December 14, 2005, the parties conducted a meeting with the objective of achieving Defendant's compliance and settling the action without litigation;

WHEREAS, to facilitate the exchange of information and possible settlement, as well as save the parties' resources, Plaintiffs did not immediately serve the complaint on Defendant;

WHEREAS, on December 15, 2004, Plaintiff filed its complaint in federal court.

WHEREAS, after the December meeting, the parties continued discussions and exchanged information regarding the allegations in Plaintiff's complaint;

WHEREAS, Defendant was served on April 1, 2005, which would have required Defendant to respond to the complaint by April 21, 2005;

WHEREAS, although Defendant requested representation by the Attorney General's office in November 2004, on April 13, 2005, the Attorney General's office informed Defendant that it could not represent Defendant due to a conflict of interest with the Regional Water Quality Control Board. The Attorney General therefore authorized Defendant to seek outside counsel for this litigation.

WHEREAS, on April 14, 2005, counsel for Plaintiff and counsel for Defendant discussed the case status and these developments. Counsel for Defendant requested additional time to answer the complaint so that it could secure outside counsel. Counsel for Plaintiff stated that it has no objection to stipulating to give Defendant additional time to answer the complaint. Counsel for the parties also discussed the necessity of extending the time to conduct the status conference, currently scheduled for May 9, 2005, and the dates related to that conference.

WHEREAS, the parties agreed on a mutually convenient schedule for the filing of Defendant's answer, subject to the Court's approval, as well as a timeline for the parties' filing of the joint status report, and scheduling conference.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties, subject to the Court's approval, that the following schedule shall govern the time for Defendant to answer the complaint, to submit the Joint Report and for the Scheduling Conference:

Defendant's answer to the complaint……………….……………..…..May 11, 2005

Joint Status Report ……..……………….……………….…………….May 20, 2005

Scheduling Conference …………………….……..…..……………..June 6, 2005

Respectfully submitted,

Dated: April 19, 2005.

By: /s/ Layne Friedrich, Esquire
Layne Friedrich
Lawyers for Clean Water
Attorneys for Plaintiff

Dated: April 19, 2005.

By: /s/ Tim La Franchi, Esquire
(as authorized on April 19, 2005)
Tim La Franchi
Department of Parks and Recreation
Attorneys for Defendant

The Court adopts the following schedule proposed by the parties:

Defendant's answer to the complaint……………….……………..…..May 11, 2005

Joint Status Report ……..……………….……………….…………...May 20, 2005

Scheduling Conference …………………….……..…..…………….June 6, 2005

IT IS SO ORDERED:

DATED: April 20, 2005

/s/ Garland E. Burrell, Jr.

**GARLAND E. BURRELL, JR.**

United States District Judge