IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WATERKEEPERS NORTHERN CALIFORNIA,

    Plaintiff,                         No. CIV S-04-2647 KJM

    vs.

RUTH COLEMAN,

    Defendant.                      ORDER

_____/

        A status conference was held in this matter on October 12, 2005 before the undersigned. Layne Friedrich appeared for plaintiff. Denise Hoffman and Kathryn Tobias appeared for defendant. Upon consideration of the joint status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made as set forth in the updated joint status report filed October 5, 2005.

        2. A settlement conference is set before the Honorable Peter A. Nowinski on December 19, 2005 at 9:00 a.m.

        3. The presumptive limit on the number of interrogatories is extended to 40 interrogatories per side.

1

4. Initial expert disclosures shall be made no later than September 5, 2006.

5. Rebuttal expert disclosures shall be made no later than October 9, 2006.

6. Discovery, including the hearing of discovery motions, shall be completed by February 14, 2007. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

7. Dispositive motions, other than discovery motions, shall be noticed to be heard by March 14, 2007.

8. The pretrial conference is set for May 16, 2007 at 11:00 a.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

9. Trial of this matter is set for August 13, 2007 at 10:00 a.m. before the undersigned. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: October 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
waterkeepers.oas