1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WATERKEEPERS NORTHERN CALIFORNIA,

11          Plaintiff,                              No. CIV S-04-2647 KJM

12      vs.

13   RUTH COLEMAN,

14          Defendant.                      _____ORDER_____

15   _____/

16          Defendants have filed an <u>ex parte</u> application for an extension of time to respond

17   to discovery.  Good cause appearing, IT IS HEREBY ORDERED that defendants are granted an

18   additional thirty days to respond to plaintiff's request for production of documents, set one, and

19   requests for admissions, set one.

20   DATED:   December 9, 2005.

21

22                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
23

24

25
     006
26   waterkeepers.eot

                                              1