1  Layne Friedrich (Bar No. 195431)
   Daniel Cooper (Bar No. 153576)
2  LAWYERS FOR CLEAN WATER, INC.
   1004 O'Reilly Avenue
3  San Francisco, California 94129
   Telephone: (415) 440-6520
4  Facsimile: (415) 440-4155

5

6  Attorneys for Plaintiff
   WATERKEEEPERS NORTHERN CALIFORNIA
7  d.b.a DELTAKEEPER

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  WATERKEEPERS NORTHERN CALIFORNIA,        Civil Case No.: S-04-2647 KJM
    a non-profit corporation, d.b.a.
13  DELTAKEEPER                              **STIPULATION TO PLAINTIFF'S
                                             FILING OF ITS FIRST AMENDED
14              Plaintiff,                    COMPLAINT FOR DECLARATORY
                                             AND INJUNCTIVE RELIEF;
15       v.                                   ORDER**

16
    RUTH COLEMAN, in her official capacity as
17  DIRECTOR of CALIFORNIA DEPARTMENT OF      **(Federal Water Pollution Control Act,
    PARKS AND RECREATION,                      33 U.S.C. §§ 1251 et seq.)**
18  a state agency
                                             **(Resource Conservation and Recovery
19                                           Act, 42 U.S.C. 6901 et seq.)**

20              Defendant.

21       Plaintiff Baykeeper[1], doing business through its Deltakeeper Chapter, (hereinafter referred to as

22  "the Deltakeeper Chapter"), and Defendant Department of Parks and Recreation ("DPR") hereby agree

23  and stipulate to the following:

24       WHEREAS, on October 12, 2004 the Deltakeeper Chapter issued its Notice of Violation and

25

26  _____

27  [1] Waterkeepers Northern California has officially changed its name to Baykeeper.  Deltakeeper remains
    a chapter of Baykeeper.

28

Intent to File Suit letter to Defendant and the regulatory agencies pursuant to the Clean Water Act;

WHEREAS, on December 15, 2004, the Deltakeeper Chapter filed its Complaint for Declaratory and Injunctive Relief;

WHEREAS, on October 6, 2005, the Deltakeeper Chapter issued a Supplemental Notice of Violation and Intent to File Suit ("Supplemental Notice Letter") letter alleging violations of the Clean Water Act and the Resource Conservation and Recovery Act;

WHEREAS, pursuant to the Resource Conservation and Recovery Act the Deltakeeper Chapter must wait 90 days after issuance of the Supplemental Notice Letter to file its First Amended Complaint;

WHEREAS, as of January 10, 2006 more than 90 days has passed since the Deltakeeper Chapter issued its Supplemental Notice Letter;

WHEREAS, Plaintiff provided a copy of its First Amended Complaint to Defendant, which Plaintiff will file pursuant to this stipulation;

WHEREAS, Plaintiff and Defendant ("the Parties") desire to save resources and have agreed to stipulate to Plaintiff's filing of its First Amended Complaint;

//
//
//
//
//
//
//
//
//
//
//
//
//
//

THEREFORE, the parties hereby agree and stipulate that:

1.  Plaintiff will file its First Amended Complaint on January 10, 2006.

2.  Counsel for Defendant will accept service of the First Amended Complaint.

3.  Defendant will file its responsive pleading by February 10, 2006.

4.  By stipulating to the filing of the First Amended Complaint, Defendant does not waive any defense to Plaintiff's claims, nor any challenges to the sufficiency of the First Amended Complaint which Defendant could have brought, in the absence of this stipulation, in an opposition to a motion by Plaintiff to file the First Amended Complaint.

Date: December __, 2005

/s/ Layne Friedrich, Esquire
Layne Friedrich
Lawyers for Clean Water, Inc.
Attorney for Plaintiff

Date: December __, 2005

 /s/ Bruce Reeves, Esquire
Bruce Reeves
(as authorized on December 13, 2005)
Deputy Attorney General
Attorney for Defendant

IT IS SO ORDERED.

Date: December 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE